UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NO.: 4:26-cv-01699

PANORAMIC STOCK IMAGES, LTD dba PANORAMIC IMAGES,

     Plaintiff,

v.

CITY OF HOUSTON,

     Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff PANORAMIC STOCK IMAGES, LTD dba PANORAMIC IMAGES by and through its undersigned counsel, brings this Complaint against Defendant CITY OF HOUSTON for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff PANORAMIC STOCK IMAGES, LTD DBA PANORAMIC IMAGES ("Panoramic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Panoramic's original copyrighted Work of authorship after removal of its copyright management information ("CMI").

2. Panoramic has specialized in wide and large-format panoramic photography for over 25 years. Their global roster of acclaimed photographers captures the world in awe-inspiring size to create a collection of international images: city skylines, landscapes, travel, lifestyles, cultural heritage, world destinations and aerials.

3. Defendant CITY OF HOUSTON is a municipality in Texas with the Houston Police Department as the primary municipal law enforcement agency, operating directly under the city's governmental structure. At all times relevant herein, City of Houston owned and operated the website located at the internet URL www.houstontx.gov (the "Website").

4. Panoramic alleges that City of Houston copied Panoramic's copyrighted Work from the internet in order to advertise, market and promote its business activities. City of Houston committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the City of Houston's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. City of Houston is subject to personal jurisdiction in Texas.

8. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, City of Houston engaged in infringement in this district, City of Houston resides in this district, and City of Houston is subject to personal jurisdiction in this district.

## DEFENDANT

9. City of Houston is a Texas municipality, with its principal place of business at 901 Bagby, Houston, Texas, 77251, and can be served by serving the Office of the City Secretary at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2002, Jerry Driendl created the photograph entitled "79458 (PAN405620)," which is shown below and referred to herein as the "Work."



11. Panoramic is the owner of the Work by assignment.

12. Panoramic registered the Work with the Register of Copyrights on November 9, 2017, as part of a group registration. The Group Registration was assigned registration number VA 2-076-447. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Panoramic was the owner of the copyrighted Work.

14. When Panoramic listed the photograph on its website, it included CMI in the form of the image ID, photographer name, and caption underneath the photograph (the "Attributions"). The Work itself contains "© Panoramic Images – All Rights Reserved" (the "Copyright Notice") which is viewable once the user clicks on the photograph to reveal the uncropped version of the photograph. The Attributions and Copyright Notice are collectively referred to herein as "Panoramic's CMI." True and correct screenshots showing the Attributions and Copyright Notice on Panoramic's website are attached hereto as **Exhibit 2**.

## INFRINGEMENT BY CITY OF HOUSTON

15. City of Houston has never been licensed to use the Work for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, City of Houston copied the Work.

17. On or about June 14, 2023, Panoramic discovered the unauthorized use of its Work on the Website in a PowerPoint Presentation saved as a pdf file entitled "Houston Police Department Vice Division Human Trafficking Information Brief."

18. City of Houston copied Panoramic's copyrighted Work without Panoramic's permission.

19. After City of Houston copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its municipal services.

20. City of Houston copied and distributed Panoramic's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. City of Houston committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

22. Panoramic never gave City of Houston permission or authority to copy, distribute or display the Work for any purpose.

23. Panoramic notified City of Houston of the allegations set forth herein on August 5, 2025, and August 21, 2025. To date, the parties have failed to resolve this matter.

24. When City of Houston copied and displayed the Work, City of Houston removed Panoramic's CMI from the Work.

25. Panoramic never gave City of Houston permission or authority to remove Panoramic's CMI from the Work.

26. Despite numerous requests to remove the Work from the Website, as of March 2, 2026, the Work is still displayed on the Website.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

27. Panoramic incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Panoramic owns a valid copyright in the Work.

29. Panoramic registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. City of Houston copied, displayed, and distributed the Work and made derivatives of the Work without Panoramic's authorization in violation of 17 U.S.C. § 501.

31. City of Houston performed the acts alleged in the course and scope of its business activities.

32. City of Houston's acts were willful.

33. Panoramic has been damaged.

34. The harm caused to Panoramic has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

35. Panoramic incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

36. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

37. City of Houston has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

38. Despite having the ability to stop the infringed Work from being displayed on its Website, City of Houston allowed the materials to remain up for display.

39. To the extent that the actions described above were performed by the third-party alone, City of Houston is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Panoramic's authorization in violation of 17 U.S.C. § 501.

40. Panoramic has been damaged.

41. The harm caused to Panoramic has been irreparable.

## COUNT III
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

42. Panoramic incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

43. The Work at issue in this case contains CMI.

44. City of Houston knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

45. City of Houston committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Panoramic's rights in the Work at issue in this action protected under the Copyright Act.

46. City of Houston caused, directed and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Panoramic's rights in the Work at issue in this action protected under the Copyright Act.

47. Panoramic has been damaged.

48. The harm caused to Panoramic has been irreparable.

WHEREFORE, the Plaintiff PANORAMIC STOCK IMAGES, LTD dba PANORAMIC IMAGES prays for judgment against the Defendant CITY OF HOUSTON that:

a. City of Houston and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1202;

b. City of Houston be required to pay Panoramic its actual damages and City of Houston's profits attributable to the infringement, or, at Panoramic's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Panoramic be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Panoramic be awarded pre- and post-judgment interest; and

e. Panoramic be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Panoramic hereby demands a trial by jury of all issues so triable.

Dated: March 2, 2026                     Respectfully submitted,

*/s/ Rebecca A. Kornhauser*
REBECCA A. KORNHAUSER
Bar Number: 3816081
rebecca.kornhauser@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.517.3534 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Panoramic Stock Images, Ltd dba Panoramic Images*